UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00072

**Paul Reiffer,**
*Plaintiff,*

v.

**Kreativ Artists Entertainment LLC et al.,**
*Defendants.*

# FINAL JUDGMENT

The court hereby enters judgment that plaintiff's case is dismissed without prejudice for failure to prosecute and failure to comply with a court order. The clerk of court is directed to close this case.

*So ordered by the court on January 17, 2024.*

J. Campbell Barker
United States District Judge